Stephanie M. Parent OSB #92590
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR. 97219
Tel: (503) 768-6736
Fax: (503) 768-6642
parent@lclark.edu

Chris Winter OSB # 98435
Ralph O. Bloemers OSB #98417
Cascade Resources Advocacy Group
917 SW Oak St., Suite 417
Portland, OR. 97204
Tel. (503) 525-2725
Fax. (503) 296-5454
chris@crag.org
ralph@crag.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| OREGON NATURAL RESOURCES COUNCIL FUND; KLAMATH-SISKIYOU WILDLANDS CENTER; NORTHWEST ENVIRONMENTAL DEFENSE CENTER; CASCADIA WILDLANDS PROJECT; UMPQUA WATERSHEDS; and SIERRA CLUB, | Civ. Case No. CV-04-693-AA |
| Plaintiffs, | STIPULATION REGARDING MOTION FOR ATTORNEYS FEES AND COSTS |
| vs. | |
| ELAINE BRONG, State Director, Bureau of Land Management; and A. BARRON BAIL, Acting Associate State Director, Bureau of Land Management, | |
| Defendants, and | |
| AMERICAN FOREST RESOURCE COUNCIL, SWANSON GROUP, and TIMBER PRODUCTS CO. | |
| Intervenors. | |

6. The Federal Defendants agree and stipulate that they will not object to an award of fees on the grounds that ONRC's concurrently-filed motion for fees and costs is not timely or complete under the EAJA, the local rules of this Court, or any other requirement. Both ONRC and the Federal Defendants retain the right to file additional materials, including memoranda, declarations and exhibits, regarding the motion for fees and costs at a later time.

Respectfully submitted this 29th day of November, 2007

 /s/ Stephanie M. Parent
Stephanie M. Parent - OSB #92590
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6736
parent@lclark.edu

Attorney for Plaintiffs

 /s/ Cynthia S. Huber
Cynthia S. Huber
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 514-5273
Cynthia.Huber@usdoj.gov

Attorney for Federal Defendants

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 4, 2007

Hon. Ann Aiken
U.S. District Court
District of Oregon